O

# United States District Court
# Central District of California

| | |
|---|---|
| JERIE S. RYDSTROM,<br><br>      Plaintiff,<br><br>    v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana company; and DOES 1 through 50, inclusive,<br><br>      Defendants<br>DONALD RYDSTROM,<br><br>      Plaintiff,<br><br>    v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana company; and DOES 1 through 50, inclusive,<br><br>      Defendants. | Case No. 2:16-cv-2543-ODW(E)<br><br>Related Case: 2:16-cv-2614-ODW(JEM)<br><br>**ORDER TO REDOCKET** |

///

///

On November 3, 2016, the parties stipulated to the filing of an amended complaint in this consolidated case. (ECF No 18.) However, the parties improperly docketed their submission. (*Id.*) Accordingly, the Court strikes the parties' submission (ECF No. 18-1), vacates its order deeming the First Amended Complaint to be the operative document in this case (ECF No. 19), and requests that the parties properly refile according to the following instructions.

1. The new submission shall be titled "First Consolidated Amended Complaint."
2. The new submission shall have a single caption listing Jerie and Donald Rydstrom together as "Plaintiffs."

**IT IS SO ORDERED.**

November 8, 2016

_____
               **OTIS D. WRIGHT, II
        UNITED STATES DISTRICT JUDGE**